ACCEPTED
01-14-00082-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 8:15:52 AM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00082-CV

**IN THE COURT OF APPEALS**

**FOR THE FIRST DISTRICT OF TEXAS**

**AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 8:15:52 AM
CHRISTOPHER A. PRINE
Clerk

**MARY LYNN KANTARA GERKE**

**V.**

**JAMIL "JAMES" KANTARA**

**RESPONSE TO APPELLEE'S MOTION TO STRIKE BRIEF OF APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

Appellant files this response to Appellee's Motion to Strike Brief of Appellant.

1. On December 9, Appellant filed through counsel her Motion for Extension of Time to File Appellant's Brief.

2. After filing the Motion for Extension, counsel received notice of Appellant's Pro Se Motion for Leave to File Pro Se Brief, as well as a copy of her pro se brief.

3. On December 10, 2015, this Court sent notice to all counsel that it granted the

1

Motion for Extension of Time with notice that Appellant's brief would be due on January 9, 2015.

4. This Court did not rule on Appellant's Motion for Leave to File Pro Se Brief and never *filed* Appellant's pro se brief. In fact, on this Court's site, Appellant's pro se brief is labeled as "*received*," not "*filed.*" Moreover, upon receiving Appellant's pro se brief, this Court never generated notice to counsel that Appellant's brief had been filed or that Appellee's brief was due.

5. On Friday, January 9, 2015, counsel timely filed Appellant's Brief, pursuant to this Court's December 10 order.

6. The brief was initially rejected because the appendices had not been filed as a single document. Pursuant to the clerk's instructions, Appellant re-filed her brief on Monday, January 12, 2015.

7. On January 12, 2015, this Court issued notice to all counsel that Appellant's brief had been *filed* and that Appellee's brief was due on February 11, 2015.

8. Because Appellant's Pro Se brief was never *filed*, Appellant's Brief re-filed on January 12, 2015 complies with the briefing requirements under the Texas Rules of Appellate Procedure.

9. Therefore, Appellant respectfully requests that this Court deny Appellee's Motion to Strike.

Respectfully submitted,

LAURA DALE & ASSOCIATES, P.C.

By:/s/ Ashley V. Tomlinson
    Ashley V. Tomlinson
    1800 St. James Place, Suite 620
    Houston, Texas 77056
    Tel: (713) 600-1717
    Fax: (713) 600-1718
    State Bar No. 24075170
    E-Service:
    eserviceavt@dalefamilylaw.com
    Non-Service:
    atomlinson@dalefamilylaw.com
    Attorney for Mary Kantara Gerke

# CERTIFICATE OF SERVICE

I certify that on this 23nd day of January, 2015, a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Civil Procedure as follows:

Mr. Wilfried Schmitz
17040 El Camino Real, Suite 400
Houston, Texas 77058
Attorney of record for Mr. Kantara
*Via E-Service*

Douglas York
3355 W Alabama, Suite 100
Houston, TX 77098-1863
Amicus Attorney
*Via E-Service*

/s/ Ashley V. Tomlinson
ASHLEY V. TOMLINSON